## Commonwealth *versus* Baroux.

The Supreme Court, sitting in Philadelphia, will not allow a writ of *mandamus*, even in a case of which they have jurisdiction, if it involve nothing but an ordinary case relating to the duty of a local or city officer, and have nothing special in its nature or circumstances, that requires the court to take original cognisance of it.

THIS was a petition for a *mandamus* to the commissioner of markets, in the city of Philadelphia, to compel him to let stalls in the market-houses to farmers, even if they did bring meat there for sale that had not been raised on their own farms.

*Duane Williams*, for the relator.

PER CURIAM.—We cannot allow it. We have no doubt of our authority to allow it, and to proceed to hear and determine the case, and that we ought to do so, if there were no other adequate remedy. But it is in our discretion to refuse it, as an original case, if there be an adequate remedy in another form, or before another court. And we must be cautious in allowing such original cases here, so that the time required for cases in error and appeal shall not be unduly interfered with. This is nothing but an ordinary case, relating to the duty of a local or city officer, and has nothing special in its nature or its circumstances, that requires us to take original cognisance of it. The Common Pleas has all the authority needed for the case, and we must refer the relator to that tribunal.

Writ refused.